1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CSBN 206052)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3705
7      Facsimile: (510) 637-3724

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 UNITED STATES OF AMERICA,        )   No.   CR 05 00105 DLJ
                                    )
13         Plaintiff,                )  [PROPOSED] ORDER EXCLUDING
                                    )   TIME FROM JUNE 3, 2005 TO JULY 1,
14     v.                           )   2005 FROM THE SPEEDY TRIAL ACT
                                    )   CALCULATION (18 U.S.C. §
15 TRAVIS MAYO,                     )   3161(h)(8)(A))
                                    )
16         Defendant.                )
                                    )
17

18         With the agreement of the parties, and with the consent of the defendant, the Court enters

19 this order setting an appearance date of July 1, 2005 at 9:00 a.m. before the Honorable D. Lowell

20 Jensen for change of plea and documenting the exclusion of time under the Speedy Trial Act, 18

21 U.S.C. § 3161(b), from June 3, 2005 to July 1, 2005.

22         The parties agree, and the Court finds and holds, as follows:

23         1. The defendant is in custody.

24         2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon

25 the need for continuity of counsel and for effective preparation of defense counsel. Defense

26 counsel is currently in trial and needs additional time to consult with the defendant and review

27 the discovery in the case.

28         3. Counsel for the defense believes that the exclusion of time is in his client's best

1  interest.

2      4. Given these circumstances, the Court finds that the ends of justice served by excluding
3  the period from June 3, 2005, to July 1, 2005, outweigh the best interest of the public and the
4  defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5      5. Accordingly, and with the consent of the defendant, the Court: (1) sets an appearance
6  date of July 1, 2005 at 9:00 a.m. before the Honorable D. Lowell Jensen, and (2) orders that the
7  period from June 3, 2005 to July 1, 2005 be excluded from Speedy Trial Act calculations under
8  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

10  STIPULATED:

12  DATED: 6/7/05

    MICHAEL P. THORMAN
    Attorney for Defendant

15  DATED: 6/6/05

    KIRSTIN M. AULT
    Assistant United States Attorney

18  IT IS SO ORDERED.

20  DATED: 6-8-05

    D. LOWELL JENSEN
    United States District Judge