```
                                              FILED
                                           OCT 1 2 2005
                                       RICHARD W. WIEKING
                                    CLERK, U.S. DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA
                                              OAKLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00105-DLJ |
| Plaintiff, | (related to CR98-40082-19-DLJ) |
| v. | **SEALING ORDER** |
| Travis Mayo | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

☒ Presentence Report

☐ Plea Agreement

☐ _____
  (Other)

**IT IS SO ORDERED.**

Dated: Oct 12, 2005

_____
D. Lowell Jensen
UNITED STATES DISTRICT JUDGE

COPIES MAILED TO PARTIES OF RECORD
All USMS, Probation